

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:24-cr- 4 |
| v. ) | |
| ) | JUDGES Atchley/Steger |
| CHARLES EDWIN CHRISTOPHER ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, starting sometime in or about May 2023, and continuing until in or about July 2023, within the Eastern District of Tennessee and elsewhere, the defendant, CHARLES EDWIN CHRISTOPHER, a person required to register as a sex offender under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce and knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Joseph G. DeGaetano
Assistant United States Attorney

# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT  ☐ SUPERSEDING  Case Number: 1:24-cr-_____
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA v. CHARLES EDWIN CHRISTOPHER

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A  ☐ Zone B

Name of Assigned AUSA: JOE DEGAETANO

Matter Sealed:  ☐ YES  ☑ NO   Place of Offense: Bradley Co., TN

☐ Interpreter Required   Language: _____

Issue:  ☑ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

Arresting Agency:  ☐ DEA  ☐ ATF  ☑ USMS  ☐ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed   Case Number: _____
☐ Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐ Federal Defender  ☐ CJA  ☐ Retained

Appointed by Target Letter   Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES:   Total # of Counts for this Defendant  1

| # | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 2250(a) | Failure to register as a Sex Offender | | | |

*(Attach additional page, if needed)*

Attorney Signature  s/Joseph DeGaetano

FILED

Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:24-cr- 4 |
| v. ) | |
| ) | JUDGES _Atchley / Steger_ |
| CHARLES EDWIN CHRISTOPHER ) | |

### CERTIFICATION

The United States of America, by and through Assistant United States Attorney Joseph G. DeGaetano, certifies that the instant prosecution ☐ was ☒ was not a matter or case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

                                    Francis M. Hamilton III
                                    United States Attorney

                By:    _s/Joseph G. DeGaetano_
                            Joseph G. DeGaetano, BPR #21448
                            Assistant United States Attorney
                            1110 Market Street, Suite 515
                            Chattanooga, TN 37402
                            (423) 752-5140
                            Joseph.DeGaetano@usdoj.gov